**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **TIMOTHY C. HAMPTON** | ) |
| | ) |
| DEBTOR(S) | ) **CASE NO. 10-43880-drd-13** |

**TRUSTEE'S RESPONSE TO MOTION TO PAY FUNDS OUT OF THE COURT
REGISTRY TO HUDSON & KEYSE LLC**

  COMES now Richard V. Fink, Chapter 13 Trustee, and files this response to the Motion to Pay Funds out of the Court Registry to Hudson & Keyse, LLC (ECF document 49) filed October 1, 2013 and in support thereof states:

1. The trustee filed an Application to Deposit Funds into the Court Registry on behalf of creditor Hudson & Keyse LLC on September 20, 2013.

2. No order has been entered on the trustee's Application as the response period has not yet passed.

3. There are currently no funds being held in the court registry for this creditor.

4. Based on the information provided in the Motion to Pay Funds out of the Court Registry to Hudson & Keyse, LLC, the trustee will withdraw his Application to Deposit Funds into the Court Registry on behalf of creditor Hudson & Keyse LLC and reissue a disbursement check to creditor at the address provided in the Motion.

  Based on the foregoing, the Trustee files this response to the Motion to Pay Funds out of the Court Registry to Hudson & Keyse, LLC.

                Respectfully submitted,

                /s/ Richard V. Fink, Trustee

                Richard V. Fink, Trustee
                818 Grand Blvd., Ste. 800
                Kansas City, Mo. 64106-1901

            NOTICE OF SERVICE

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

  Brett Burmeister, Esq., attorney for Debtor(s) (228195)
  Debtor(s)
  Hudson & Keyse LLC (427653)